IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| ANDREY YOUNG, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN R. WALTON, WARDEN; )<br>WESTMORELAND COUNTY DA'S )<br>OFFICE, WESTMORELAND COUNTY<br>PRISON,<br><br>Defendants, | 2:20-CV-00660-MJH |

OPINION AND ORDER

Petitioner, Andrey Young, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, seeking to challenge his pre-trial custody in the Westmoreland County Jail where he is being held as a pre-trial detainee.

The case was referred to Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Magistrate Judge Kelly's Report and Recommendation, ECF No. 4, filed on May 8, 2020, recommended that the Petition be dismissed pre-service pursuant to habeas Rule 4. Petitioner was informed that he could file Objections to the Report by May 26, 2020. No Objections have been filed.

After careful review of the Report and Recommendation and the record in these proceedings, the following order is entered:

**IT IS HEREBY ORDERED** this 29th day of May 2020, after *de novo* review of the record and the Report and Recommendation, the Petition for Writ of Habeas Corpus is dismissed

pre-service.  And to the extent one is required, a certificate of appealability is denied.  The Report and Recommendation is adopted as the opinion of the Court.

                                  BY THE COURT:

                                  */s/ Marilyn J. Horan*
                                  MARILYN J. Horan
                                  United States District Judge

cc:    The Honorable Maureen P. Kelly
        United States Magistrate Judge

        ANDREY YOUNG
        3424-2019
        Westmoreland County Prison
        3000 South Grande Blvd.
        Greensburg, PA 15601-9176